GERARD R. O'MEARA, ESQUIRE
Bar No. 002434
Gust Rosenfeld, PLC
1 South Church Avenue, Suite 1900
Tucson, Arizona 85701-1620
(520) 628-7070
*gromeara@gustlaw.com*

Attorneys for Movant

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DAVID POOLE GOSWITZ,<br><br>    Debtor<br>_____<br><br>STERLING BANK & TRUST,<br><br>    Movant,<br><br>vs.<br><br>DAVID POOLE GOSWITZ, Debtor;<br>DIANNE C. KERNS, Chapter 13 Trustee,<br><br>    Respondents.<br>_____ | Bankruptcy Case No.<br>4:10-bk-22049-EWH<br><br><br><br>Chapter 13<br><br><br><br>**MOTION FOR ORDER CONFIRMING AUTOMATIC STAY IS NOT IN EFFECT** |

       Sterling Bank & Trust ("Movant"), secured creditor, hereby moves that the Court enter an Order Confirming the Automatic Stay of 11 U.S.C. §362(a) is not in effect in this case, pursuant to 11 U.S.C. §362(c)(4)(a)(ii). The bases of the Movant's Motion are set forth in the Memorandum attached hereto.

1

Dated this 15th day of July, 2010.

                        GUST ROSENFELD, P.L.C.

                        /s/ Gerard R. O'Meara
                        GERARD R. O'MEARA, ESQ.
                        *gromeara@gustlaw.com*

## MEMORANDUM

FACTS:

On or about July 14, 2010, David P. Goswitz ("Debtor") filed his Chapter 13 Petition in Bankruptcy with this Court. Upon information and belief, Debtor has filed three individual Chapter 13 cases in the year preceding this most recent Petition, all of which were subsequently dismissed:

    4:09-bk-25699-EWH. Filed October 13, 2009, dismissed December 3, 2009.

    4:09-bk-31711-EWH. Filed December 9, 2009, dismissed March 6, 2010.

    4:09-bk-08828-EWH. Filed March 30, 2010, dismissed May 5, 2010.

According to 11 U.S.C. §362(c)(4)(A)(i), if a debtor has filed two or more single or joint cases within the past year that were dismissed, the automatic stay does not go into effect upon the filing of the newest case.

Movant holds a lien on Debtor's real property located at **2910 East Croyden Street, Tucson, AZ 85716** ("Subject Property"). A Trustee's Sale of the Subject Property is scheduled for July 22, 2010.

REQUEST FOR RELIEF:

The Movant requests that the Court enter an Order Confirming the Automatic Stay of 11 U.S.C. §362(a) is not in effect in this case, pursuant to 11 U.S.C. §362(c)(4)(a)(ii), prior to the scheduled Trustee's Sale on July 22, 2010. This Debtor has continually abused the judicial process with serial filings in order to evade paying his creditors. He should not be

afforded the protection of the automatic stay.

Respectfully submitted this 15th day of July, 2010.

GUST ROSENFELD, P.L.C.

/s/ Gerard R. O'Meara
GERARD R. O'MEARA, ESQ.
*gromeara@gustlaw.com*