**ORDERED.**

GERARD R. O'MEARA, ESQUIRE
Bar No. 002434
Gust Rosenfeld, PLC
1 South Church Avenue, Suite 1900
Tucson, Arizona 85701-1620
(520) 628-7070
*gromeara@gustlaw.com*

Attorneys for Movant

Dated: July 15, 2010

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | Bankruptcy Case No. |
| ) | 4:10-bk-22049-EWH |
| DAVID POOLE GOSWITZ, ) | |
| ) | |
| Debtor. ) | |
| ) | Chapter 13 |
| ) | |
| STERLING BANK & TRUST, ) | |
| ) | |
| Movant, ) | |
| ) | **ORDER CONFIRMING THE** |
| vs. ) | **AUTOMATIC STAY IS NOT IN** |
| ) | **EFFECT** |
| ) | |
| DAVID POOLE GOSWITZ, Debtor; ) | |
| DIANNE C. KERNS, Chapter 13 Trustee, ) | **Related to: 7** |
| ) | |
| Respondents. ) | |

Debtor having filed three petitions under Chapter 13 of the Bankruptcy Code within the past year,

IT IS ORDERED, ADJUDGED AND DECREED that the automatic stay of 11 U.S.C. 362(a) is not in effect in this case, pursuant to 11 U.S.C. §362(c)(4)(a)(i).

1

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that entry of this Order shall survive the conversion of this case to a case under any other Chapter under the United States Bankruptcy Code.

DONE IN OPEN COURT this _____ day of _____.

_____
United States Bankruptcy Judge